UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FAST ADVANCE FUNDING, LLC** | : | |
| Plaintiff | : | 19-cv-00676-CDJ |
| | : | |
| vs. | : | |
| | : | |
| **STRUCTURAL SOLUTIONS OF NJ, LLC** | : | |
| And | : | |
| **SYAY PROPERTIES, LLC** | : | COMPLAINT – CIVIL ACTION |
| And | : | |
| **SHAWN A. YESKO** | : | |
| And | : | |
| **AMY A. YESKO** | : | |
| Defendants | | |

**AFFIDAVIT OF SERVICE**

I, Norman M. Valz, attorney for Plaintiff, hereby certify that I am employed by Norman M. Valz & Associates, P.C. and am of such age and discretion as to be competent to have served papers.

I further state that I caused a true and correct copy of the Writ of Summons and the Complaint in this action to be served upon the following Defendants upon the following dates via pre-paid certified U.S. Mail requiring the signing of the recipient (See attached Postal Receipts as Exhibits A and B)  at the addresses stated below, which are the last known addresses of said Defendants, and deposited said envelope(s) in the United States with both envelopes being received by persons in charge of said residence and place of business (See Exhibits A and B).

Addressee:   Shawn Yesko and Structural Solutions of NJ, LLC
1856 Route 9
Tom's River, NJ   08755
Received by above-named Defendants on March 11, 2019

Amy Yesko and Syay Properties, LLC
492 Brentwood Avenue
Tom's River, NJ   08755
Received by above-named Defendants on March 5, 2019

_____            _____
Notary Public                                         Norman M. Valz – Counsel of Record

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JAMIE McELHONE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 24, 2021