

March 14, 2019

Dear Norman Valz:

The following is in response to your request for proof of delivery on your item with the tracking number: **4200 8755 9502 8066 2341 9067 0237 20**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | March 11, 2019, 3:59 pm |
| Location: | TOMS RIVER, NJ 08755 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

### Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: *[signature]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004