UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FAST ADVANCE FUNDING, LLC** | : | |
| Plaintiff | : | 19-cv-00676-CDJ |
| | : | |
| vs. | : | |
| | : | |
| **STRUCTURAL SOLUTIONS OF NJ, LLC** | : | |
| And | : | |
| **SYAY PROPERTIES, LLC** | : | COMPLAINT – CIVIL ACTION |
| And | : | |
| **SHAWN A. YESKO** | : | |
| And | : | |
| **AMY A. YESKO** | : | |
| Defendants | | |

### AFFIDAVIT OF SERVICE

I, Norman M. Valz, attorney for Plaintiff, hereby certify that I am employed by Norman M. Valz & Associates, P.C. and am of such age and discretion as to be competent to have served papers.

I further state that I caused a true and correct copy of the Application to the Clerk of Court to Enter a Default Judgment against all named Defendants in a sum certain with a Proposed Judgment in this action to be served upon the following Defendants upon the following dates via pre-paid U.S. Mail with a Certificate of Mailing (See attached Exhibits A) at the addresses stated below, which are the last known addresses of said Defendants, and deposited said envelope(s) in the United States, mailed on April 3, 2019.

Addressee:   Shawn Yesko and Structural Solutions of NJ, LLC
1856 Route 9
Tom's River, NJ   08755

Amy Yesko and Syay Properties, LLC
492 Brentwood Avenue
Tom's River, NJ   08755

_____
Notary Public

_____
Norman M. Valz

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JAMIE McELHONE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 24, 2021